## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**United States of America ex rel. TZAC, Inc.**

    Plaintiff(s),

vs.

**The Carter Center, Inc.**

    Defendant(s).

Attorney: David Abrams

David Abrams
PO Box 3353 Church Street Station
New York NY 10008



*222498*

**Case Number: 15-2001(RC)**

Legal documents received by Same Day Process Service, Inc. on **11/14/2017** at **12:07 PM** to be served upon **Brian P. Hudak** at **555 Fourth Street, NW, Washington, DC 20530**

I, **Michael Molash**, swear and affirm that on **November 14, 2017** at **12:10 PM**, I did the following:

Served **Brian P. Hudak** by delivering a conformed copy of the **TZAC's Motion to Unseal and for Public Hearing on Government's Motion to Dismiss** to **First Class Mailed to Subject** as **First Class Mailed** of **Brian P. Hudak** at **555 Fourth Street, NW , Washington, DC 20530**.

**Supplemental Data Appropriate to this Service:** On 11-14-2017, a copy of the documents were first class mailed to Brian P. Hudak from Washington, DC to the address of: 555 Fourth Street, NW, Washington, DC 20530.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Michael Molash**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: **222498**

District of Columbia: SS
Subscribed and Sworn to before me
this __14__ day of __November__, 2017

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

