UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TZAC, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CARTER CENTER, INC., <br><br> Defendant. | Civil Action No. 15-2001 (RC) |

## JOINT RESPONSE TO COURT ORDER

By and through their undersigned counsel, the United States of America ("United States") and Relator TZAC, Inc. ("Relator") jointly and respectfully submit this response to the Court's Order of January 9, 2018 (ECF No. 17). Counsel for Relator and the United States have met and conferred and are available in this matter for the hearing contemplated by Section 3730(c)(2)(A) of Title 31 of the U.S. Code on April 24, 25, or 30, 2018.

\* \* \*

- 2 -

Respectfully submitted,

| | |
|---|---|
| /s/<br>DAVID N. ABRAMS<br>305 Broadway, Suite 601<br>New York, NY 10007<br>(212) 897-5821<br><br>*Counsel for Relator* | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division, U.S. Attorney's Office<br><br>By:  /s/<br>   BRIAN P. HUDAK<br>   Assistant United States Attorney<br>   555 Fourth Street, NW<br>   Washington, DC 20530<br>   (202) 252-2549<br><br>MICHAEL D. GRANSTON<br>MICHAL TINGLE, D.C. Bar #421587<br>ROBERT MCAULIFFE, D.C. Bar #419869<br>Attorneys, Commercial Litigation Branch<br>P.O. Box 261, Ben Franklin Station<br>Washington, DC 20044<br>(202) 514-6832<br><br>*Counsel for the United States of America* |

Dated: January 23, 2018