David Abrams, Attorney at Law
P.O. Box 3353 Church Street Station
New York, New York 10008

305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
District of Columbia
_____
                                                    )
United States of America ex rel.     )
TZAC, Inc.,                                       )
                                                    )
Qui Tam Relator Address:            )
                                                    )
305 Broadway Suite 601              )
New York, NY 10007                    )
                                                    )
                                                    )
            Plaintiff-Relator,            )
                                                    )
    - against -                               )           Index No.:15cv2001 (RC)
                                                    )
The Carter Center, Inc.                 )           **Motion for Pro Hac Vice**
453 Freedom Parkway NE          )           **Admission**
Atlanta, GA 30307                       )
                                                    )
            Defendant.                      )
_____)

Relator The Zionist Advocacy Center ("TZAC") through its undersigned counsel, respectfully moves for the admission of Yifa Segal, pro hac vice.

As set forth in the attached affirmation, Ms. Segal has satisfied the requirements of Local Civil Rule 83.2(d).  Moreover, the United States has taken no position on this application and therefore does not object.  Accordingly I respectfully request that Ms. Segal be admitted *pro hac vice* in this matter.

                Respectfully submitted,

                David Abrams, Attorney at Law
                 Attorney for Relator
                The Zionist Advocacy Center

                P.O. Box 3353 Church Street Station
                New York, NY 10008
                Tel. 212-897-5821
                Fax  212-897-5811

Dated: New York, NY
        March 27, 2018

David Abrams, Attorney at Law
P.O. Box 3353 Church Street Station
New York, New York 10008

305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
District of Columbia
_____

|  |  |  |
|---|---|---|
| United States of America ex rel. TZAC, Inc., | ) ) ) ) | |
| Qui Tam Relator Address: | ) ) | |
| 305 Broadway Suite 601 New York, NY 10007 | ) ) ) ) | |
| Plaintiff-Relator, | ) ) | |
| - against - | ) ) | Index No.:15cv2001 (RC) |
| The Carter Center, Inc. 453 Freedom Parkway NE Atlanta, GA 30307 | ) ) ) ) ) | **Order** |
| Defendant. | ) ) | |

_____)

    It is hereby ordered that Yifa Segal be permitted to appear in this matter *pro hac vice*.

_____

3

David Abrams, Attorney at Law
P.O. Box 3353 Church Street Station
New York, New York 10008

305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
District of Columbia
_____

|  |  |  |
|---|---|---|
| United States of America ex rel. TZAC, Inc., | ) ) ) | |
| Qui Tam Relator Address: | ) ) | |
| 305 Broadway Suite 601 New York, NY 10007 | ) ) ) ) | |
| Plaintiff-Relator, | ) ) | |
| - against - | ) ) | Index No.:15cv2001(RC) |
| The Carter Center, Inc. 453 Freedom Parkway NE Atlanta, GA 30307 | ) ) ) ) | **Affirmation of Yifa Segal in Support of Admission Pro Hac Vice** |
| Defendant. | ) ) | |

_____)

Yifa Segal affirms the following to be true under penalty of perjury.

1. My full name is Yifa Segal.

2. My office address and phone number are as follows:

34 Ben Yehuda Street, Jerusalem, Israel 91073

972--2-5022202

3. I am admitted to the bar in Israel.

4. I have not been disciplined by any bar.

5. I have never before been admitted to this Court pro hac vice.

6. I do not practice law in the District of Columbia.

7.  Wherefore, I respectfully request that I be admitted pro hac vice in the above-referenced matter.

_____ /s/ Yifa Segal _____

March 26, 2018

Jerusalem, Israel