David Abrams, Attorney at Law
P.O. Box 3353 Church Street Station
New York, New York 10008

305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
District of Columbia
_____

|  |  |  |
|---|---|---|
| | ) | |
| United States of America ex rel. | ) | |
| TZAC, Inc., | ) | |
| | ) | |
| Qui Tam Relator Address: | ) | |
| | ) | |
| 305 Broadway Suite 601 | ) | |
| New York, NY 10007 | ) | |
| | ) | |
| | ) | |
| Plaintiff-Relator, | ) | |
| | ) | |
| - against - | ) | Index No.:15cv2001 (RC) |
| | ) | |
| The Carter Center, Inc. | ) | **Motion for Reconsideration** |
| 453 Freedom Parkway NE | ) | **and Adjournment** |
| Atlanta, GA 30307 | ) | |
| | ) | |
| Defendant. | ) | |

_____

## I.    Reconsideration

Relator The Zionist Advocacy Center ("TZAC") through its undersigned counsel, respectfully moves for reconsideration of the Court's Order of April 5, 2018 denying Ms. Segal's *pro hac vice* application without prejudice.

Respectfully, Ms. Segal's application is pursuant to Local Rule 83.2(d) and *not* Local Rule 83.2(c).  It would appear that under Local Rule 83.2(d), an applicant who merely wishes to be "heard in open court"need only be an "attorney" and is not required to be admitted to the bar of an American State.

By contrast, Local Rule 83.2(c) requires admission to the bar of a State if the *pro hac* attorney additionally wishes to sign and/or file papers.

Ms. Segal merely wishes to argue Relator's case at a hearing and does not need to file papers.  Accordingly, it would appear that her membership in the Israeli bar is sufficient to appear and be heard pursuant to Local Rule 83.2(d).

Put another way, it would appear that the requirements of 83.2(d) are less stringent than those of 83.2(c) and Ms. Segal would like to be admitted under the less stringent requirements, with the understanding that she would not be permitted to sign or file papers.

**II.     Adjournment**

Due to unforseen obstacles, including the necessity of addressing the issue of finding counsel to argue Relator's case, Relator respectfully requests that the hearing of April 25, 2018 be adjourned.

The United States has taken no position with respect to this request and therefore does not object.

Respectfully submitted,

David Abrams, Attorney at Law
  Attorney for Relator
The Zionist Advocacy Center

P.O. Box 3353 Church Street Station
New York, NY 10008
Tel. 212-897-5821
Fax  212-897-5811

Dated: New York, NY
         April 10, 2018

David Abrams, Attorney at Law
P.O. Box 3353 Church Street Station
New York, New York 10008

305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
District of Columbia
_____

|  |  |  |
|---|---|---|
| United States of America ex rel. | ) | |
| TZAC, Inc., | ) | |
| | ) | |
| Qui Tam Relator Address: | ) | |
| | ) | |
| 305 Broadway Suite 601 | ) | |
| New York, NY 10007 | ) | |
| | ) | |
| | ) | |
| Plaintiff-Relator, | ) | |
| | ) | |
| - against - | ) | Index No.:15cv2001 (RC) |
| | ) | |
| The Carter Center, Inc. | ) | **Order** |
| 453 Freedom Parkway NE | ) | |
| Atlanta, GA 30307 | ) | |
| | ) | |
| Defendant. | ) | |

_____

It is hereby ordered that Attorney Yifa Segal be permitted to appear in this matter *pro hac vice* except that she shall be limited to being heard in open court.

It is further ordered that the hearing currently scheduled in this matter for April 25, 2018 be adjourned with the parties directed to promptly supply alternate proposed dates.

_____

3