UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TZAC, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CARTER CENTER, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 15-2001 (RC) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ~~[PROPOSED]~~ ORDER

UPON CONSIDERATION of the United States' motion to dismiss (ECF No. 14) and notice concerning that motion (ECF No. 22), and the entire record herein, it is hereby:

ORDERED that this action is DISMISSED with prejudice as to Relator TZAC, Inc. and DISMISSED without prejudice as to the United States; and it is further

ORDERED that this Order constitutes a final appealable order, and the Clerk of the Court is directed to mark this case as CLOSED.

SO ORDERED:

5/31/2018
Date

RUDOLPH CONTRERAS
United States District Judge